IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

v. Criminal No. 2:11-cr-00051

CHRISTOPHER WELLS,

Defendant.

**NOTICE OF CHARACTER LETTERS SUBMITTED ON BEHALF OF DEFENDANT**

COMES NOW the defendant, Christopher Wells, by counsel, and hereby submits the attached character letter submitted by friends and family on his behalf. Defendant previously filed his Position on Sentencing, and he is scheduled to be sentenced by this Court on Monday, December 19, 2011 at 2:30 p.m.

Respectfully submitted,

CHRISTOPHER WELLS

By: /s/

Anthony M. Gantous
Virginia State Bar No. 78186
Pierce & Thornton, PLC
150 Boush Street, Suite 801
Norfolk, Virginia 23510
Phone: 757-625-7777
Fax: 757-625-7760
Email: anthony@pierceandthornton.com
Attorney for Defendant, Christopher Wells

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Elizabeth M. Yusi
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
elizabeth.yusi@usdoj.gov

And I hereby certify that I will mail the foregoing by U.S. Mail to the following non-filing user:

Anita Goffner Powell
United States Probation Officer
1001 Omni Blvd., Suite 300
Newport News, Virginia 23606

/s/

Anthony M. Gantous
Virginia State Bar No. 78186
Pierce & Thornton, PLC
150 Boush Street, Suite 801
Norfolk, Virginia 23510
Phone: 757-625-7777
Fax: 757-625-7760
Email: anthony@pierceandthornton.com
Attorney for Defendant, Christopher Wells

December 1st 2011

To Whom it may concern:

I'm writing in regards and in reference to Christopher Wells. He's currently incarcerated and residing in Virginia Beach City Jail. He has an upcoming court appointment hearing on December 23rd 2011. Chris and I have been close friends for about twenty years. I know that even with his turbulant past, where his life goals and intentions meet. Chris has always been a hard worker and an amazing father. The longer he is incarcerated, the worse his chances are at re-establishing a solid relationship with his daughter and will also ultimatly challenge his acceptance back into society. I'm asking you to take the time to view him as a person with goals, family and ambitions instead of just another number! I know he's made mistakes but what human hasn't? Giving him a chance back into the real world is the only way to know that he's learned from past poor choices. Thank you for your time and patience.

Theresa Wetherington

[signature]

Attn: Anthony Bantis

To Whom it concern,

I meet Chris at Chesapeake mall. I was shopping with my grandkids and out of no where came a group of young adults. They started calling my kids names, because they are mixed in color. Shouting racial slurs, terrifying myself and my grandkids. Then all of sudden a man comes to our rescue. He stayed with us until we left the mall. My kids we crying and so was I. Chris walked us to my car to make sure there would be no more trouble. I asked this kind young man his name and thanked him for his kindness. We exchange phone numbers. I called him a few days later to thank him again. We have been friends since. I take a good man to stand up for what is Right. He will always be a special person in me and my famlies life. I wish there were more people like him. The reason I'm writing this letter to you - I heard about Chris trouble. I just wanted the court to know the Chris I meet in the mall. Kind, caring and respectful.

Sincerely
[signature]

(#1)

Attn: Anthony Bantos

Dear Judge,

I truly feel like you should know the Christopher Brown Wells that I know. I have known Christopher my whole entire life & honestly trust, respect, honor him as a person a man and true & dear friend. I can only say these things about only 2 people I know other than my parents. I am 36 yrs old and like I said I've known him the whole time. Our strong & great friendship started at a small church on Battlefield Blvd & Hurdle Dr. We would both attend every Sunday for Church & twice during the weekdays for Boy scout meeting & activities. I ~~rem~~ remember at the end of Boy scouts he was one of the very few to have had completed all tasks, merit badges, the physical - the metal he did it all! Much respect from me & all the boyscout fathers, i remember I could see it in their eyes! I have always looked up to Chris as a big brother & he has always helped me when I've been really really down & out, time after time. One time he insisted I stay with him & his family when no one else would take me in. I've always known in the back of my head that he would never let anything happen to me as if he was my big brother. Countless times he

#6

Attn: Anthony Gantos

used To show up at a bar I used to go To all the Time back in my drinking days. I was in a Tough spot in my life & was drinking alot, Well he knew when I'd be there and he knew when it was time for me To go id be leaving drunk & driving he never once would let me drive drunk. Always gave me places to stay or anything he did or could do to help me he would bend backwards To do, I cant even name the number of times he's saved me & others.

~~[illegible] Chris [illegible] everything [illegible] could [illegible] his daughter [illegible] certain [illegible] buddy eyes [illegible] was scared to be [illegible] his daughter [illegible]~~

Thank you Your Honor, For your time & consideration.

Sincerely,
Chris Shaffer